IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wilson, Steven C

Printed: 12/23/08

Case Number: 07 B 08020
Judge: Wedoff, Eugene R

Filed: 5/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: October 16, 2008
Confirmed: July 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 23,734.49 |  |
| Secured: |  | 17,396.52 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,004.20 |
| Trustee Fee: |  | 1,168.09 |
| Other Funds: |  | 3,165.68 |
| Totals: | 23,734.49 | 23,734.49 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,004.20 | 2,004.20 |
| 2. | Select Portfolio Servicing | Secured | 20,867.44 | 16,650.38 |
| 3. | Cook County Treasurer | Secured | 1,494.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 1,948.00 | 0.00 |
| 5. | Select Portfolio Servicing | Secured | 15,144.42 | 746.14 |
| 6. | Commonwealth Edison | Unsecured | 298.40 | 0.00 |
| 7. | Village of Calumet Park | Unsecured | 33.45 | 0.00 |
| 8. | Nicor Gas | Unsecured | 70.21 | 0.00 |
| 9. | Elaine Aikins | Unsecured |  | No Claim Filed |
|  |  |  | $ 41,860.12 | $ 19,400.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 828.95 |
| 6.5% | 339.14 |
|  | $ 1,168.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wilson, Steven C

Printed: 12/23/08

Case Number: 07 B 08020
Judge: Wedoff, Eugene R
Filed: 5/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

